BRIDGFORD, GLEASON & ARTINIAN
Richard K. Bridgford (CA SBN 119554)
Richard.Bridgford@Bridgfordlaw.com
Michael H. Artinian (CA SBN 203443)
Mike.Artinian@Bridgfordlaw.com
26 Corporate Plaza, Suite 250
Newport Beach, CA 92660
Telephone:   (949) 831-6611
Facsimile:   (949) 831-6622

COOLEY LLP
William V. O'Connor (CA SBN 216650)
woconnor@cooley.com
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
J. Parker Erkmann (*Pro hac vice* to be filed)
perkmann@cooley.com
1299 Pennsylvania Avenue, NW, Ste 700
Washington, DC 20004-2400
Telephone:   (202) 776-2036
Facsimile:   (202) 842-7899

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA in his official capacity as Airport Director of John Wayne Airport,<br><br>Defendants. | Case No. 8:20−cv−02344 JLS (KESx)<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM V. O'CONNOR IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Dept.: 10A<br>Judge: Josephine L. Staton |

I, William V. O'Connor declare as follows:

1. I am an attorney at Cooley LLP, counsel for Plaintiffs Delux Public Charter, LLC d/b/a JSX Air and JetSuiteX, Inc. ("Plaintiffs") in this action. This declaration is made in support of Plaintiffs' *Ex Parte* Application for Temporary Restraining Order and an Order to Show Cause Why Preliminary Injunction Should Not Issue ("Application"). I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2. Pursuant to Local Rule 7-19, on December 14, 2020 at 5:20 p.m. PST, I emailed Mr. Leon Page and Ms. Carolyn Khouzam, attaching the Application and attendant documents and again informing them that Defendants would have 24 hours to respond to the Application pursuant to applicable rules. A true and correct copy of my email is attached as Exhibit A. After this initial email, I worked cooperatively with counsel for defendants to resolve technical issues in order to ensure complete transmission as of 6:38 p.m. PST. A true and correct copy of my final email transmitting attendant documents is attached as Exhibit B.

3. On December 15, at 1:38 p.m. PST, I sent an additional email to Mr. Page and Ms. Khouzam attaching the Court's minute Order Re: Defendant's Opposition to Plaintiff's *Ex Parte* Application (Dkt. No. 8) and informing them of the extension of Defendants' deadline to respond to the Application to Thursday, December 17 at 12 p.m. A true and correct copy of my email is attached as Exhibit C.

4. Counsel for Defendants have yet to reply to Plaintiffs' counsel as to whether Defendants intended to oppose this Application. The Orange County Board of Supervisors, however, voted to oppose the Application in their December 15 board meeting.[1]

/ / /

/ / /

---

[1] https://ocgov.granicus.com/player/clip/3977?view_id=8&redirect=true

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 16th day of December, 2020 in San Diego, California.

_____
William V. O'Connor