LEON J. PAGE, COUNTY COUNSEL
NICOLE M. WALSH, SENIOR ASSISTANT (CA SBN 248222)
nicole.walsh@coco.ocgov.com
CAROLYN M. KHOUZAM, DEPUTY (CA SBN 272166)
carolyn.khouzam@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 9270
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants BARRY RONDINELLA,
in his official capacity as Airport Director of
John Wayne Airport; and COUNTY OF ORANGE, CALIFORNIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC,, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport. <br><br> Defendants. | Case No. 8:20-cv-02344-JLS-KES <br><br> **DECLARATION OF BARRY RONDINELLA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION** |

## DECLARATION OF BARRY RONDINELLA

I, Barry Rondinella, declare:

1. I am employed by the County of Orange ("County') as Airport Director for the John Wayne Airport ("JWA"). I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify as to the accuracy of its contents, I could and would do so competently.

2. As Airport Director, I oversee all aspects of the day-to-day management of the Airport, including business development, facilities development, finance and administration, maintenance, operations, and public affairs of the one of the busiest

airports in the nation. I have over thirty years of public sector experience in the airport and transportation industry. I also serve on the Airports Council International-North America Policy Council, on the Board of Directors of the American Association of Airport Executives, and am active and in leadership positions of other national, state, and regional aviation organizations and have been a featured speaker at numerous conferences and industry educational events. Last year, the Southwest Chapter of the American Association of Airport Executives honored me as the Airport Executive of the Year.

3. In 2015, JWA began evaluating and planning for the future needs of the general aviation community at JWA through a comprehensive General Aviation Improvement Program ("GAIP"). On June 25, 2019, the County's Board of Supervisors certified Final Program EIR 627 ("EIR 627") and approved the project ("Project"). The Project includes two full service Fixed Base Operators ("FBO") (East and West), and one limited service FBO, as part of JWA's plan to provide for and service general aviation.

4. A FBO is a private aircraft terminal that is granted the right by the County to operate at the Airport. FBOs typically provide aeronautical services such as aircraft charter operations, fueling, cleaning, aircraft maintenance and repair, aircraft sales, aircraft storage (hangars and tie-downs), ground transportation and parking, flight schools, management of transient aircraft parking, and other authorized uses in accordance with the terms and conditions of their leases. A FBO usually offers a lounge for passengers departing and arriving on private general aviation flights at an airport. Fueling is a primary source of revenue.

5. In April 2017, the County awarded an 18- month interim FBO lease ("Interim Lease") to Aviation Consultants, Inc. d/b/a ACI Jet ("ACI Jet"). The Interim Lease expired and has continued on a month-to-month holdover until the present time. During the term of the Interim Lease, Plaintiffs Delux Public Charter, LLC dba JSX Air and JetSuiteX, Inc. ("JSX") requested to start a regularly scheduled commercial charter operation from ACI Jet's FBO leasehold. While, to my knowledge, such an operation

had never existed at an FBO leasehold at JWA, I exercised the discretion granted to the Airport Director pursuant to Section 8.1.7(b) of the Phase 2 Commercial Airline Access Plan and Regulation ("Phase 2 Access Plan") and approved JSX's request to operate from ACI Jet's leasehold. Conditional and final approvals are attached hereto as Exhibit A and Exhibit B, respectively.

6. In September 2019, the County solicited a Request for Proposals ("RFP") for FBOs to operate three separate leaseholds and manage general aviation services at the Airport. A fourth FBO, Martin Aviation, L.P., was not included in the RFP because it was already in the midst of a long-term lease with the County that does not expire until August 31, 2036.

7. JWA's preliminary review of the nine proposals received revealed that all but one of the proposals were inconsistent with EIR 627. As a result, on April 17, 2020, JWA staff released Addendum 16 ("Addendum") for the purpose of allowing respondents to submit revisions/supplemental information. Respondents were required to submit any revisions/supplemental information in red-line or strike-out format.

8. As part of the RFP, a questionnaire was developed, and one section asked respondents to indicate whether they planned to sublease to regularly scheduled charter service providers. This section was not part of the scoring of the RFP. The County did not require the FBO bidders to exclude regularly scheduled charter operations such as JSX.

9. The County received final proposals from a slate of FBOs. All but one proposal specifically stated that they did not plan to sublease to regularly scheduled charter service providers (e.g. JSX). In the Experience and Background section of "Respondent's Questionnaire" in its proposal, ACI Jet indicated in their answer to Question 3 a response of "no" as to whether their proposal included plans for a regularly scheduled charter operation. A true and correct copy of ACI Jet's Respondent's Questionnaire is attached hereto as Exhibit C.

10. Due to ACI Jet indicating that it would not lease to any regularly scheduled commuter carrier, the County revised the lease terms to indicate that ACI Jet would not host such an operator.

11. The lease with the fourth FBO at JWA, Martin Aviation, L.P., does not contain a provision regarding regularly scheduled charter operations. If Martin Aviation was willing to sublease to JSX or a similar operation, I would approach the request with an open mind as to whether to exercise my discretion under Section 8.1.7(b) of the Phase 2 Commercial Airline Access Plan and Regulation ("Phase 2 Access Plan"). To my knowledge, since Board award of the new FBO leases in September 2020, JSX has not contacted Martin for the purpose of seeking to sublease from them.

12. The Phase 2 Access Plan places restrictions on operational capacity, hours of operations, and noise levels at the County's ten (10) noise monitoring stations. General Aviation operations are permitted 24 hours daily subject to compliance with the daytime noise limits and the more restrictive curfew noise limits, as documented in the General Aviation Noise Ordinance ("GANO").

13. Section 8.1.7(b) of the Access Plan provides as follows: "Any *Qualified Commuter Carrier* may apply to the *Airport Director*, in writing, for permission to conduct passenger or related operations at the location of a Fixed Base Operator ("FBO") which is a tenant of the *County*. The application shall provide such information as may be required or requested by the *Airport Director*. If the *Airport Director* or the *Board of Supervisors* authorizes *Commuter Carrier* operations at a FBO location, the authority of the applicant to conduct such operations shall be subject to such conditions as the *Airport Director* or the *Board* may impose on such operations."

14. Pursuant to the rules set forth in the competitive RFP, Airport staff had no discussions with ACI Jet personnel or any other FBO proposer regarding the RFP during the proposal period other than an official question and answer period which was available to and viewable by all proposers. Proposers did not need to give reasons for their own business decisions.

15. On August 11, 2020, the Board considered the proposals and selected three FBOs to finalize leases with: Clay Lacy Aviation, Inc. ("Clay Lacy") for the Northwest Full-Service FBO, ACI Jet for the Northeast Full-Service FBO and Jay's Aircraft Maintenance, Inc. ("Jay's") for the Southwest Limited-Service FBO. Leases for the two Full-Service FBOs were finalized and approved by the Board on September 15, 2020, reflecting 35-year terms commencing on January 1, 2021, and continuing through December 31, 2055. The terms of ACI Jet's lease corresponded to ACI Jet's proposal and ACI Jet voluntarily executed the agreement.

16. ACI Jet has not approached me or Airport staff with a request to amend its lease to allow JSX operations at JWA's Terminal. JWA sent a Notice of Termination of Commuter Airline Operating License to JSX on November 19, 2020, a true and correct copy of which is attached hereto as Exhibit D.

17. JSX requested and was granted access to the Thomas F. Riley Terminal in the past. See Exhibit A. Again, I have evaluated potential access accommodations for JSX and continue to offer JSX an accommodation of moving its operations to the Terminal, which they have not accepted to this point.

18. At the time JSX received their 2021 Plan Year Allocations, JWA granted new entrant access to Allegiant Air, Spirit Airlines, Sun Country, and Air Canada. The Airport can adequately handle all these carriers and more.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 17th day of December, 2020, at Santa Ana, California.

_____
Barry Rondinella, Declarant