LEON J. PAGE, COUNTY COUNSEL
NICOLE M. WALSH, SENIOR ASSISTANT (CA SBN 248222)
nicole.walsh@coco.ocgov.com
CAROLYN M. KHOUZAM, DEPUTY (CA SBN 272166)
carolyn.khouzam@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 9270
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants BARRY RONDINELLA,
in his official capacity as Airport Director of
John Wayne Airport; and COUNTY OF ORANGE, CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport. <br><br> Defendants. | Case No. 8:20-cv-02344-JLS-KES <br><br> **DECLARATION OF WILLIAM BORGSMILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION** |

## DECLARATION OF WILLIAM BORGSMILLER

I, William Borgsmiller, declare:

1. I am the President and CEO of Aviation Consultants, Inc. d/b/a ACI Jet ("ACI Jet"). I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2. In April 2017, ACI Jet began a short-term Interim Lease for Fixed Base Operations with the County at John Wayne Airport ("JWA"), which since that time has continued as a month-to-month tenancy.

-1-

3. The Interim Lease was silent on whether ACI Jet could sublease to a regularly scheduled charter service, such as Delux Public Charter, LLC, d/b/a JSX Air and JetsuiteX, Inc. ("JSX").

4. JSX and ACI Jet sought and received Airport Director approval to allow JSX to begin operations as a sub-lessee on ACI Jet's Fixed Base Operator ("FBO") leasehold. JSX and ACI Jet entered a month-to-month sublease in which JSX rented space for a fee. A true and correct copy of the sublease is attached hereto as Exhibit A.

5. The month-to-month sub-lease between ACI Jet and JSX stated that the agreement was "subject and subordinate to the Master Lease and will automatically terminate on the expiration or termination of the Master Lease".

6. In response to a County of Orange Request for Proposals ("RFP") for FBOs at JWA, ACI Jet submitted a competitive bid proposal for a lease that would commence January 1, 2021, which proposed that ACI would make various upgrades to the FBO leasehold.

7. The County's RFP contained no prohibition on regularly scheduled charter operations, such as JSX.

8. In response to a question in the RFP, ACI Jet stated it had no plans to sublease to a regularly scheduled charter service provider such as JSX. ACI Jet was selected for a highly sought after long-term FBO lease.

9. ACI Jet and the County executed a lease in September 2020 that reflected ACI Jet's RFP proposal, which did not provide for the type of regularly scheduled charter operations that JSX offers.

10. ACI Jet's current Interim Lease with the County expires on December 31, 2020.

11. On November 16, 2020, ACI Jet sent JSX a Notice of Termination of JSX's month-to-month sublease with ACI Jet effective December 31, 2020. A true and correct copy is attached here as Exhibit B.

12. ACI Jet does not have plans to seek a lease amendment from the County to allow for regularly scheduled charter operations.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 16th day of December, 2020, at Orange County, California.

William Borgsmiller, Declarant