| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BRIDGFORD, GLEASON & ARTINIAN<br>Richard K. Bridgford (CA SBN 119554)<br>Richard.Bridgford@Bridgfordlaw.com<br>Michael H. Artinian (CA SBN 203443)<br>Mike.Artinian@Bridgfordlaw.com<br>26 Corporate Plaza, Suite 250<br>Newport Beach, CA 92660<br>Telephone:   (949) 831-6611<br>Facsimile:    (949) 831-6622 |
| 6<br>7<br>8<br>9 | COOLEY LLP<br>William V. O'Connor (CA SBN 216650)<br>woconnor@cooley.com<br>4401 Eastgate Mall<br>San Diego, CA  92121-1909<br>Telephone:  (858) 550-6000<br>Facsimile:  (858) 550-6420 |
| 10<br>11<br>12<br>13 | COOLEY LLP<br>J. Parker Erkmann (*Pro hac vice* to be filed)<br>perkmann@cooley.com<br>1299 Pennsylvania Avenue, NW, Ste 700<br>Washington, DC 20004-2400<br>Telephone:   (202) 776-2036<br>Facsimile:    (202) 842-7899 |
| 14 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA in his official capacity as Airport Director of John Wayne Airport,<br><br>Defendants. | Case No.  8:20-cv-2344-JLS (KESx)<br><br>**DECLARATION OF WILLIAM BORGSMILLER IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DECLARATION OF WILLIAM BORGSMILLER
IN SUPPORT OF PLAINTIFFS' *EX PARTE*
APPLICATION

I, William Borgsmiller, declare as follows:

1. I am the founder and an owner of Aviation Consultants, Inc. d/b/a ACI Jet ("ACI Jet"). I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2. ACI Jet is a Fixed Base Operator ("FBO") at John Wayne Airport ("JWA" or the "Airport"). ACI Jet operates at JWA through a lease with the County of Orange (the "County"). ACI Jet currently leases space to Plaintiff Delux Public Charter, LLC d/b/a JSX Air ("JSX"), and JSX remains a valued customer of ACI Jet. During the lease negotiation process, ACI Jet would have preferred to continue providing services to JSX as evidenced by its request for a transition period from the County and its communications to various local communities and airport groups.

3. If the County had not inserted a restriction in the FBO lease (that was not in the sample lease provided in the RFP package) prohibiting the operations of Regularly Scheduled Commercial Users, ACI Jet would continue to sublet space to JSX to allow it to continue to operate its regularly scheduled charter operations through at least December 31, 2022. (The transition period that ACI requested and discussed with various local communities in Orange County.)

4. ACI Jet has not taken any action to continue providing services to JSX because after being selected as a Successful Proposer and during lease negotiations, but prior to final award of the Lease, the County made it clear that the provision restricting Regularly Scheduled Commercial Users was "non-negotiable".

5. Should the County change its position and determine that a transition period up to the 2 year period requested by ACI and communicated by ACI to the surrounding communities is feasible, ACI Jet remains ready, willing and able to provide facilities and services to support such operations.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 17th day of December, 2020 in San Luis Obispo, California.

William Borgsmiller, Declarant

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

DECLARATION OF WILLIAM BORGSMILLER
IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION