# EXHIBIT A

**From:** Bill Borgsmiller <bill@acijet.com>
**Sent:** Friday, December 18, 2020 7:08 PM
**To:** Kramer, Lauren <Lauren.Kramer@coco.ocgov.com>
**Subject:** FW: JSX Answer Dec 18

> **Attention:** This email originated from outside the County of Orange. Use caution when opening attachments or links.

FYI… Just trying to do the right thing.  Everything I have to say is out there and I will not be providing any more statements / info to JSX.

## WILLIAM BORGSMILLER

**President / CEO**
main: (805) 782-9722 | direct: (805) 548-1310 | bill@acijet.com
acijet.com | @flyacijet



**From:** Bill Borgsmiller <bill@acijet.com>
**Sent:** Friday, December 18, 2020 7:05 PM
**To:** 'Alex Wilcox' <alex.wilcox@jsx.com>
**Subject:** RE: JSX Answer Dec 18

Alex,

I understand that you are taking a legal position but in reading those filings I just wanted to point out some areas where things are different from my perspective.  In my e-mail a few days ago I sent the following timeline of events:

- ACI submits its RFP response that includes JSX

- Addendum 16 is issued which requires the project to be scaled back in size to comply with the EIR

- ACI amends its RFP response and removes JSX

- ACI is selected as a winning proposer

- ACI requests a 2 year transition period during the lease negotiation period

- ACI is told that the this point is non-negotiable

- ACI is awarded the lease

The County never told us to change our proposal prior to Addendum 16.  The change in our proposal was a business decision based on the reduced size of our facilities and ACI's judgement of the political landscape.  The County did not get involved or make any statements regarding JSX until the lease negotiation process which was long after we changed our proposal.  Just to be upfront, these are some specific statements in your filings that I do not agree with:

- ACI was not coerced by the County to "check no" as mentioned above that was a business decision.

- Our willingness to provide support is through 12/31/22, not beyond as that would exceed our formal request to the County and go against the commitments we made to the surrounding communities as a business decision.

- The statement that "County personnel at all levels indicated that ACI Jet's FBO bid would be rejected unless ACI Jet answered "No" to Question #3 is 100% false.  As mentioned above the change in our submittal was a business decision, the only direction we received from the County was that the terms inserted in the lease were non-negotiable.  This was after we had been selected as a winning proposer and certainly well after Addendum 16 and our updated submittal.

My father always said (and I truly believe) that you cannot get in trouble telling the truth.  That is all I am trying to do here but I don't want my statements to be taken out of context or stretched beyond their true meaning.  JSX has been a good customer and Orange County has been a good partner… I am trying to help all sides by putting the truth on the table so that our message and the community's understanding of our position is 100% consistent throughout the entire process regardless of how this situation plays out.

-Bill


**WILLIAM** BORGSMILLER
**President / CEO**
main: (805) 782-9722 | direct: (805) 548-1310 | bill@acijet.com
acijet.com | @flyacijet



**From:** Alex Wilcox <alex.wilcox@jsx.com>
**Sent:** Friday, December 18, 2020 6:01 PM
**To:** William R. Borgsmiller <bill@acijet.com>
**Subject:** Fwd: JSX Answer Dec 18

Bill,

As filed, thank you again.

Alex