BRIDGFORD, GLEASON & ARTINIAN
Richard K. Bridgford (CA SBN 119554)
Richard.Bridgford@Bridgfordlaw.com
Michael H. Artinian (CA SBN 203443)
Mike.Artinian@Bridgfordlaw.com
26 Corporate Plaza, Suite 250
Newport Beach, CA 92660
Telephone:  (949) 831-6611
Facsimile:  (949) 831-6622

COOLEY LLP
William V. O'Connor (CA SBN 216650)
woconnor@cooley.com
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

COOLEY LLP
J. Parker Erkmann (*Pro hac vice* to be filed)
perkmann@cooley.com
1299 Pennsylvania Avenue, NW, Ste 700
Washington, DC 20004-2400
Telephone:  (202) 776-2036
Facsimile:  (202) 842-7899

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC., <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA in his official capacity as Airport Director of John Wayne Airport, <br><br> Defendants. | Case No. 8:20-CV-2344-JLS-KES <br><br> **DECLARATION OF WILLIAM V. O'CONNOR IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' DECLARATION OF LAUREN KRAMER [DKT. 14]** <br><br> Honorable Josephine L. Staton |

I, William V. O'Connor declare as follows:

1. I am an attorney at Cooley LLP, counsel for Plaintiffs Delux Public Charter, LLC d/b/a JSX Air and JetSuiteX, Inc. ("Plaintiffs") in this action.  This

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**DECLARATION OF WILLIAM V. O'CONNOR**

declaration is made in support of Plaintiffs' Response to Defendants' Unauthorized Lauren Kramer Declaration (Dkt. 14). I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2. On Saturday, December 19, 2020, in response to a subpoena, ACI Jet's minority owner, Joe Daichendt, provided Plaintiffs with documents and records, including an October 30, 2020, video recording of a periodic owner's meeting of ACI Jet. A true and correct copy of this video is being separately lodged with the Court.

3. At the very beginning of the video, Mr. Borgsmiller alerts all participants that it is being recorded.

4. At timestamp **11:50 – 12:44**, Mr. Daichendt and Mr. Borgsmiller discuss why ACI Jet's amended Lease application no longer contained JSX. This is reflected in Barry Rondinella's declaration Exhibit C, page C-3, where Mr. Borgsmiller amends the application to say "no" in response to whether ACI Jet "plans" to work with JSX. Mr. Borgsmiller states that "there was no way we were going to win if they [JSX] were in our proposal." When pushed on that point, he says that he is "100%" sure that JSX had to be removed in order for ACI Jet to be considered by the County. Mr. Daichendt then comments that ACI Jet is giving up approximately $1 million in profit annually and that he wants to continue serving JSX, at which point Mr. Borgsmiller says "that would be wonderful" but at this time "I don't believe there was any way to politically get that over the goal post [JSX in the new lease] and get this lease done and approved this year, absolutely not."

5. At timestamp **31:55 – 33:15**, Mr. Borgsmiller again confirms that "if JSX was in our proposal we wouldn't even be having this conversation, we would be vacating our leasehold." Again, according to Mr. Borgsmiller, "if JSX was in [ACI Jet's] proposal, we're out." Mr. Borgsmiller also makes clear that there is a "very healthy record of me pushing back on [the County regarding ACI Jet's ability to partner with] JSX and at least buy [JSX] a couple years to phase out or get on better

political grounds."

6. These statements confirm Mr. Borgsmiller's prior statement that ACI Jet is willing and able to continue to service Plaintiffs and Plaintiffs' customers through at least the end of 2022.

7. These statements also confirm Mr. Borgsmiller's prior statement that ACI Jet was forced by the County and Mr. Rondinella to agree to exclude Plaintiffs as a condition to be awarded a lucrative 35-year lease during a competitive bid process where the County exerted complete control.

I declare under penalty of perjury under that the foregoing is true and correct. Executed this 21st day of December, 2020 in San Diego, California.

/s/ William V. O'Connor
William V. O'Connor