UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02344-JLS-KES                                              Date: June 03, 2021
Title:  Delux Public Charter, LLC et al v. County of Orange, California et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) DENYING DEFENDANTS' MOTION TO DISMISS (Doc. 37) AND (2) GRANTING PLAINTIFFS LEAVE TO AMEND THEIR COMPLAINT**

   Before the Court is Defendants' Motion to Dismiss.  (Mot., Doc. 37.)  Plaintiffs opposed, Defendants replied, and the Court granted Plaintiffs leave to file a surreply.  (Opp., Doc. 46; Reply, Doc. 47; Surreply, Doc. 53).  The Court finds this matter appropriate for decision without oral argument, and the hearing set for June 4, 2021, at 10:30 a.m. is VACATED.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.
   In their opposition and surreply, Plaintiffs request an opportunity to file an amended complaint to apprise the Court of significant factual developments since Plaintiffs' filing of their original complaint and the Court's issuance of a temporary restraining order; Plaintiffs contend that these developments are directly relevant to the mootness issue raised in Defendants' motion.  (Opp. at 2–3, 14; Surreply at 7.)  Although this request should have been brought as a motion for leave to file an amended complaint, the Court nonetheless agrees that granting Plaintiffs leave to amend their pleading is the most appropriate and efficient resolution here.[1]  Defendants' motion is therefore

---

[1] Because no Scheduling Order has yet been issued in this case, Plaintiffs' request to file an amended pleading is evaluated under the liberal standard of Fed. R. Civ. P. Rule 15(a), "which 'leave shall be freely given when justice so requires.'"  *Ditto v. McCurdy*, 510 F.3d 1070, 1078–

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02344-JLS-KES                                              Date: June 03, 2021
Title:  Delux Public Charter, LLC et al v. County of Orange, California et al

DENIED WITHOUT PREJUDICE.  Plaintiffs are granted leave to file an amended complaint **within fourteen (14) days from the date of this Order.**  Defendants may renew their motion, if they choose, after the amended complaint is filed.

Initials of Deputy Clerk: mku

---

79 (9th Cir. 2007) (quoting Rule 15(a)).  The Court notes that the Court's failure to issue an Order Setting Scheduling Conference was an oversight; it is in receipt of the parties' Joint Rule 26(f) Report and will issue a Scheduling Order forthwith.