# DENIED
## BY ORDER OF THE COURT

> Defendant's *Ex Parte* Application to Advance Motion to Dismiss Hearing Date (Doc. 66) is DENIED. *Ex parte* applications are for "extraordinary relief" only, and the Court's congested calendar does not constitute extraordinary circumstances. As the Court states on its webpage, "[A]t this time, the filing of ex parte applications or stipulations to advance hearings in civil cases is disfavored, as doing so merely seeks to move a particular motion to the head of the line." *See* Judges' Procedures at http://www.cacd.uscourts.gov/honorable-josephine-l-staton.
>
> As to Defendant's alternative request that the Court continue the Preliminary Injunction hearing and Scheduling Order deadlines, the Court is amenable to such a request, but the proposed order contains no proposed Scheduling Order deadlines and Plaintiffs did not address this request in their Opposition (Doc. 68). The alternative request is therefore DENIED WITHOUT PREJUDICE. The parties should meet and confer about the continuance of these dates and, ideally, file a joint stipulation with proposed dates for the Court's review.

LEON J. PAGE, COUNTY COUNSEL
NICOLE M. WALSH, SENIOR ASSISTANT (CA SBN 248222)
nicole.walsh@coco.ocgov.com
LAUREN C. KRAMER, SUPERVISING DEPUTY (CA SBN 241266)
lauren.kramer@coco.ocgov.com
CAROLYN M. KHOUZAM, DEPUTY (CA SBN 272166)
carolyn.khouzam@coco.ocgov.com
VANESSA D. ATKINS, DEPUTY (CA SBN 265113)
vanessa.atkins@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 9270
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

ZACHARY SCHWARTZ, ESQ. (CA SBN 286498)
zachary.schwartz@knchlaw.com
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
3 Park Plaza, Suite 1500
Irvine, California 92614-8558
Telephone: (949) 864-3400
Facsimile: (949)-864-9000

Attorneys for Defendants BARRY RONDINELLA,
in his official capacity as Airport Director of
John Wayne Airport; and COUNTY OF ORANGE, CALIFORNIA

FILED
JUL 12, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY MKU
Deputy Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR and JETSUITEX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport. <br><br> Defendants. | Case No. 8:20-cv-02344-JLS-KES <br><br> Assigned to the <br> Honorable Josephine L. Staton <br><br> Magistrate Judge <br> Honorable Karen E. Scott <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO ADVANCE MOTION TO DISMISS [64] HEARING DATE OR IN THE ALTERNATIVE TO CONTINUE THE PRELIMINARY INJUNCTION [25] HEARING DATE [54] AND SCHEDULING ORDER [56] DATES** |

This Court, having considered Defendants COUNTY OF ORANGE and BARRY RONDINELLA (collectively, "County" and/or "Defendants")' *Ex Parte* Application to Advance the Hearing Date of their combined Motion to Dismiss and Motion to Strike ("Motion to Dismiss") [ECF 64] Plaintiffs DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR and JETSUITEX, INC. ("JSX" or "Plaintiffs")' First Amended Complaint [ECF 60] finds that good cause exists to advance and/or modify the Motion to Dismiss hearing date and/or the Preliminary Injunction hearing date and/or the current Scheduling Order dates. Therefore, the Defendants' *Ex Parte* Application is **GRANTED**.

**IT IS THEREFORE ORDERED:**

(1) The hearing date on Defendants' Motion to Dismiss to Plaintiffs' First Amended Complaint is advanced to _____, 2021. Pursuant to Local Rule 7-11, the deadlines for opposition and reply papers are also advanced accordingly; AND/OR;

(2) The Preliminary Injunction Hearing scheduled for October 22, 2021 is continued to _____, 2021 at 10:30 a.m.;

    a. Plaintiffs' moving papers shall be due 30 days before the rescheduled hearing;

    b. Defendants' opposition shall be due 21 days before the rescheduled hearing;

    c. Plaintiffs' reply, if any, shall be due 14 days before the rescheduled hearing;

AND/OR;

//

//

//

(3) The current Scheduling Order [ECF 56] is amended, effective immediately, as follows:

**AMENDED SCHEDULING ORDER:**

| | |
|---|---|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | |
| Fact Discovery Cutoff: | |
| Last Day to Serve Initial Expert Reports: | |
| Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine): | |
| Last Day to Serve Rebuttal Expert Reports: | |
| Last Day to Conduct Settlement Proceedings: | |

| | |
|---|---|
| Expert Discovery Cutoff: | |
| Last Day to File Daubert Motions: | |
| Last Day to File Other Motions in Limine (Excluding *Daubert* Motions): | |
| Final Pretrial Conference (10:30 a.m.): | |
| Preliminary Trial Estimate: | |

Dated: _____

Honorable Josephine L. Staton
Judge of the United States District Court
Central District of California