LEON J. PAGE, COUNTY COUNSEL
NICOLE M. WALSH, SENIOR ASSISTANT (CA SBN 248222)
nicole.walsh@coco.ocgov.com
CAROLYN M. KHOUZAM, DEPUTY (CA SBN 272166)
carolyn.khouzam@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 9270
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants BARRY RONDINELLA,
in his official capacity as Airport Director of
John Wayne Airport; and COUNTY OF ORANGE, CALIFORNIA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport. <br><br> Defendants. | Case No. 8:20-cv-02344-JLS-KES <br><br> Assigned to the <br> Honorable Josephine L. Staton <br><br> Magistrate Judge <br> Honorable Karen E. Scott <br><br> **DEFENDANTS' APPLICATION TO MODIFY THE SCHEDULING ORDER** <br><br> [filed concurrently Declaration In Support and [proposed] Order] |

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Rule 16-14, and Judge Staton's Policies and Procedures, Policy No. 17, Defendants, COUNTY OF ORANGE, CALIFORNIA, a charter county, and BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport (collectively, "the County"), submit this application to modify all dates in the Scheduling Order previously entered by this Court, extending all dates by eight (8) weeks; to postpone depositions of County employees currently scheduled for

September 13 through September 20, 2021; and to postpone depositions of Plaintiffs and their employees currently scheduled for October 4 through October 8, 2021. The grounds for this application are as follows:

1. On July 28, 2021, Plaintiffs served the County with 40 Requests for Admission; 23 Interrogatories; a second set of Requests for Production of Documents containing 34 separate requests (bringing the total to 70); and deposition notices for five employees of John Wayne Airport ("JWA"), the Airport Director, and four County Supervisors (the "Discovery").[1]

2. The County's undersigned in-house counsel have been working diligently to prepare objections and responses to the Discovery, and to otherwise manage discovery in this expedited case, under the constraints of limited municipal resources.

3. In light of those constraints and the growing demands of discovery in this case, the County recently retained outside counsel in a duly noticed closed session on August 24, 2021.

4. The current Scheduling Order has a fact discovery deadline of **October 22, 2021**.

5. Before the retention of outside counsel, the parties had scheduled the depositions of JWA employees to occur between September 13 and 20, 2021 and depositions of Plaintiffs and their employees to occur between October 4 and 8, 2021.

6. The County is seeking a modest extension of the dates on the Scheduling Order by eight weeks, and a corresponding postponement of the currently scheduled depositions. In accordance with Fed. R. Civ. P. 16(b)(4) the Court's procedures, there is good cause for this request. It is necessary to allow newly retained counsel to become familiar with the factual and procedural record, prepare for taking and defending the noticed depositions, complete discovery, and prepare for argument on Defendants' pending Motion to Dismiss.

---

[1] The Defendants have objected to the depositions of the County Supervisors, and will be filing a separate Joint Stipulation for a Protective Order with respect to those depositions.

7. Without the requested extension, the County will suffer prejudice. Only six weeks remain for the parties to complete all written fact discovery, review voluminous documents and conduct depositions. That is not enough time for counsel retained within the last two weeks to prepare for and meaningfully conduct this important discovery.

8. This application is intended to allow counsel a short amount of time to become familiar with this case, without causing undue delay. The County's pending Motion to Dismiss is not scheduled to be heard until December 10, 2021, so the proposed extension of discovery for 8 weeks (until December 22, 2021) is unlikely to have any impact on the speed with which this case is resolved.

9. Other than the County's *ex parte* application to advance the hearing date on the Motion to Dismiss or, in the alternative, extend the Scheduling Order, which application the Court denied without prejudice, the County has not otherwise sought an extension of the deadlines in this case.

10. Plaintiffs will not be prejudiced if the requested extension is granted. Defendants will continue to be diligent in completing discovery.

11. The County has attempted to confer with Plaintiffs on this proposed extension of the Scheduling Order and postponement of depositions since August 30, 2021. The County's requests to confer with Plaintiffs about this matter have gone unanswered for nearly a week and a half. *See* Declaration of Melissa C. Allison, filed herewith. The County informed Plaintiffs of their intention to file this application. *Id.*

12. On the evening of Monday, September 6, 2021, Plaintiff's counsel informed the County that Cooley LLP would be taking steps to withdraw from this case shortly. *Id.* The County promptly requested a response from remaining Plaintiff's counsel, Richard Bridgford, as to the proposed extension of the Scheduling Order. Mr. Bridgford was unable to share his client's position on this proposal at that time.

13. Given that depositions are scheduled to begin on September 13, 2021 (less than a week from today) – and Cooley LLP (who handled discovery) is apparently in the

process of withdrawing – the County is proceeding with this application to obtain a prompt resolution.

WHEREFORE, Defendants respectfully request that the Court grant this application as set forth in the Proposed Order filed herewith.

DATED:  September 8, 2021

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
NICOLE M. WALSH, SENIOR ASSISTANT
CAROLYN M. KHOUZAM, DEPUTY


By: _____/s/_____
       Nicole M. Walsh, Senior Assistant

Attorneys for Defendants, BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport; and ORANGE COUNTY, CALIFORNIA