LEON J. PAGE, COUNTY COUNSEL
NICOLE M. WALSH, SENIOR ASSISTANT (CA SBN 248222)
nicole.walsh@coco.ocgov.com
CAROLYN M. KHOUZAM, DEPUTY (CA SBN 272166)
carolyn.khouzam@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 9270
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendants BARRY RONDINELLA,
in his official capacity as Airport Director of
John Wayne Airport; and COUNTY OF ORANGE, CALIFORNIA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC D/B/A JSX AIR AND JETSUITEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; BARRY RONDINELLA, in his official capacity as Airport Director of John Wayne Airport. <br><br> Defendants. | Case No. 8:20-cv-02344-JLS-KES <br><br> Assigned to the <br> Honorable Josephine L. Staton <br><br> Magistrate Judge <br> Honorable Karen E. Scott <br><br> **DECLARATION OF MELISSA C. ALLISON IN SUPPORT OF DEFENDANTS' APPLICATION TO MODIFY THE SCHEDULING ORDER** |

**DECLARATION OF MELISSA C. ALLISON**

I, MELISSA C. ALLISON, declare as follows:

1. I am a Partner at the law firm of Anderson & Kreiger LLP in Boston, Massachusetts and a member in good standing with the Massachusetts bar. My firm was recently engaged to represent the Defendants, COUNTY OF ORANGE and BARRY RONDINELLA (collectively, the "County") in this action. My application to appear *pro hac vice* in this case will be filed shortly with the Court.

-1-

2. I have personal knowledge of the facts stated below, and I believe them to be true. If called as a witness, I could and would competently testify under oath to the matters stated herein.

3. On August 24, 2021, the Board of Supervisors of the County of Orange voted to retain Anderson & Kreiger, LLP to take the lead in defense of this case.

4. On August 30, 2021, I spoke to counsel for the Plaintiffs, William O'Connor of Cooley LLP, by telephone, and advised him that I had a proposal regarding the scheduling order and upcoming depositions. He responded that his co-counsel would probably be handling scheduling issues. I offered to put my proposal in writing, so that Mr. O'Connor could circulate it to his-co-counsel. On the evening of August 30, I sent an email to Mr. O'Connor, proposing that the parties agree to an extension of 8 weeks for each date on the Scheduling Order and to postpone scheduled depositions for a few weeks. This proposal was based on the need for my firm, as newly retained counsel, to get up to speed in the case without causing any undue delay. I asked Mr. O'Connor to circulate the proposal to his co-counsel. Neither Mr. O'Connor nor his co-counsel responded to that email proposal.

5. The following day, I emailed the proposal again to Mr. O'Connor again, this time copying his co-counsel at Cooley LLP, Parker Erkmann and Andrew Barr. I received no response to that email. I followed-up with Messrs, O'Connor, Erkmann and Barr twice more (on September 1 and September 3). In my final email, I stated that the County would be filing this application to extend the scheduling order and postpone the depositions on Tuesday, September 7. I received no response. A true and correct copy of this email exchange is attached as **Exhibit A**.

6. On the evening of Monday, September 6, I received an email from Mr. O'Connor stating that Cooley LLP would be taking steps to withdraw from this case shortly. A true and correct copy of this email is attached as **Exhibit B**.

7. On Tuesday, September 7, the County's counsel, Nicole Walsh, sent an email to Plaintiffs' counsel (other than Cooley LLP), asking for Plaintiff's position on

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

this request for a continuance and rescheduling of depositions. Plaintiff's counsel, Richard Bridgford, was unable to share his client's position at that time, and said he would try to reach his client. A copy of that email exchange is attached as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 8, 2021, at Concord, Massachusetts.

By:       /s/
Melissa C. Allison

# EXHIBIT A

# Nina Pickering-Cook

| | |
|---|---|
| **From:** | Melissa C. Allison |
| **Sent:** | Friday, September 3, 2021 12:42 PM |
| **To:** | 'woconnor@cooley.com' |
| **Cc:** | 'perkmann@cooley.com'; 'abarr@cooley.com'; 'Walsh, Nicole'; Christina S. Marshall; Nina Pickering-Cook |
| **Subject:** | RE: JSX v. County of Orange |

Bill, Parker, Andrew:

I have received no response to my emails below.  Going forward, as a matter of professional courtesy, I'd appreciate a response to a request to confer.  On Tuesday, the County intends to file an application for a continuance and to postpone deposition dates correspondingly, as proposed in my email sent on August 30.

Regards,
Melissa

**From:** Melissa C. Allison
**Sent:** Wednesday, September 1, 2021 2:44 PM
**To:** 'woconnor@cooley.com' <woconnor@cooley.com>
**Cc:** 'perkmann@cooley.com' <perkmann@cooley.com>; 'abarr@cooley.com' <abarr@cooley.com>; 'Walsh, Nicole' <Nicole.Walsh@coco.ocgov.com>; Christina S. Marshall <cmarshall@andersonkreiger.com>; Nina Pickering-Cook <pickering@andersonkreiger.com>
**Subject:** RE: JSX v. County of Orange

Bill, Parker, Andrew:

I haven't received a response to my invitation for a call to discuss the proposal below.  Please call me before the end of the day.  You can reach me on my cell at 617.852.0423.

Thanks,
Melissa

**From:** Melissa C. Allison
**Sent:** Tuesday, August 31, 2021 4:32 PM
**To:** 'woconnor@cooley.com' <woconnor@cooley.com>
**Cc:** 'perkmann@cooley.com' <perkmann@cooley.com>; 'abarr@cooley.com' <abarr@cooley.com>; 'Walsh, Nicole' <Nicole.Walsh@coco.ocgov.com>; Christina S. Marshall <cmarshall@andersonkreiger.com>
**Subject:** FW: JSX v. County of Orange

Hi Bill,

I haven't heard from your co-counsel regarding my email below.  I'm copying Parker Erkmann and Andrew Barr here.

Parker, Andrew: as Bill probably told you, my firm has just been retained as outside counsel to the County.  Please see the email below, which I sent to Bill last night.  He mentioned you would be handling these issues.  Please let me know your availability today before 7 p.m. or tomorrow to discuss this request.

Thanks,
Melissa



**Melissa Cook Allison**
T. 617.621.6512 | F. 617.621.6612
Anderson & Kreiger LLP | 50 Milk Street, 21st Floor, Boston, MA 02109

This electronic message contains information from the law firm of Anderson & Kreiger LLP which may be privileged. The information is for the use of the intended recipient only. If you are not the intended recipient, note that any disclosure, copying, distribution or other use of the contents of this message is prohibited.

---

**From:** Melissa C. Allison
**Sent:** Monday, August 30, 2021 9:51 PM
**To:** 'woconnor@cooley.com' <woconnor@cooley.com>
**Cc:** Christina S. Marshall <cmarshall@andersonkreiger.com>; 'Walsh, Nicole' <Nicole.Walsh@coco.ocgov.com>
**Subject:** JSX v. County of Orange

Hello, Bill:

Thanks for returning my call.  I understand that your co-counsel will likely be handling the scheduling of depositions, so please pass along this email.  I'm happy to talk to you or your co-counsel tomorrow.

First, thanks for agreeing to an additional week for service of written discovery responses.  As I mentioned when we spoke last week, I'd like to discuss a short postponement of scheduled depositions and a corresponding extension of the case deadlines.  A&K intends to help the County shepherd this case through the final phases of discovery and reach a prompt resolution.  As new counsel, my colleagues and I need some time to get up to speed – and, in particular, to prepare for upcoming depositions.  But we are not looking to cause any undue delay.

To that end, I propose that the parties agree to (i) move Plaintiffs' noticed depositions currently scheduled for the week of Sept 13 to the weeks of Oct 11 and/or 18; and (ii) move Defendants' noticed depositions currently scheduled for week of Oct 4 to the weeks of November 1 and/or 8.

We realize this would necessitate a short extension of the case deadlines.  We propose a new discovery cut-off of December 17 (an 8-week extension of the current deadline) and a
summary judgment deadline of Jan 14 (building in an extra week due to the holidays).  This extension will not delay resolution of the case:  as I understand it, the motion to dismiss will not even be heard until December 10, and both sides have served new written discovery requests within the last month.

I have some flexibility in my schedule on Tuesday to discuss this proposal.  Please let me know what time works for you/your colleagues.

Thanks,
Melissa



**Melissa Cook Allison**
T. 617.621.6512 | F. 617.621.6612
Anderson & Kreiger LLP | 50 Milk Street, 21st Floor, Boston, MA 02109

This electronic message contains information from the law firm of Anderson & Kreiger LLP which may be privileged. The information is for the use of the intended recipient only. If you are not the intended recipient, note that any disclosure, copying, distribution or other use of the contents of this message is prohibited.

# EXHIBIT B

# Nina Pickering-Cook

| | |
|---|---|
| **From:** | Walsh, Nicole <Nicole.Walsh@coco.ocgov.com> |
| **Sent:** | Tuesday, September 7, 2021 2:46 PM |
| **To:** | O'Connor, William V; Melissa C. Allison |
| **Cc:** | Erkmann, Parker; Barr, Andrew D; Christina S. Marshall; Nina Pickering-Cook; Khouzam, Carolyn; richard.bridgford@bridgfordlaw.com; mike.artinian@bridgfordlaw.com; Raymond L Moss |
| **Subject:** | RE: JSX v. County of Orange |

Bill:

Thanks you for this information. Because a withdrawal in the Central District under these circumstances requires Court permission (https://www.cacd.uscourts.gov/attorneys), we would still like to receive feedback from someone on the team about our request for continued deposition and scheduling order dates. I am cc'ing Ray and the Bridgford attorneys as we hope to receive an answer today and need to file a request asap if agreement cannot be reached.

Thanks,

Nicole Walsh
Senior Assistant County Counsel
(714) 834-6257

---

**From:** O'Connor, William V <woconnor@cooley.com>
**Sent:** Monday, September 6, 2021 7:00 PM
**To:** Melissa C. Allison <mallison@AndersonKreiger.com>; Walsh, Nicole <Nicole.Walsh@coco.ocgov.com>
**Cc:** Erkmann, Parker <perkmann@cooley.com>; Barr, Andrew D <abarr@cooley.com>; Christina S. Marshall <cmarshall@andersonkreiger.com>; Nina Pickering-Cook <pickering@andersonkreiger.com>; Khouzam, Carolyn <Carolyn.Khouzam@coco.ocgov.com>
**Subject:** JSX v. County of Orange

**Attention:** This email originated from outside the County of Orange. Use caution when opening attachments or links.

Dear Melissa and Nicole,

I am writing to notify you that tomorrow, Cooley will be taking action to withdraw as counsel for Plaintiffs in this case. Thank you.

Best,

Bill

**William V. O'Connor**
Cooley LLP
4401 Eastgate Mall
San Diego, CA   92121-1909
Direct: (858) 550-6002 • Cell: (858) 717-5230
Email: woconnor@cooley.com • www.cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# EXHIBIT C

**Nina Pickering-Cook**
___

| | |
|---|---|
| **From:** | R Bridgford <richardbridgford@icloud.com> |
| **Sent:** | Tuesday, September 7, 2021 5:46 PM |
| **To:** | Walsh, Nicole |
| **Cc:** | O'Connor, William V; Melissa C. Allison; Erkmann, Parker; Barr, Andrew D; Christina S. Marshall; Nina Pickering-Cook; Khouzam, Carolyn; richard.bridgford@bridgfordlaw.com; mike.artinian@bridgfordlaw.com; Raymond L Moss |
| **Subject:** | Re: JSX v. County of Orange |

Nicole

Thanks for your email.

To date Cooley has handled discovery. Hence, I have left your emails and Anderson's for Cooley's response.

Moreover, this is the first I have heard that jsx and cooley have reached an impasse and that cooley will actually be filing a motion to withdraw.

In re a response to your email and discovery and motion dates, my client contact is out of the country now. (We have a 9 hour time difference). Additionally, I am informed he is currently celebrating the jewish holiday.. Nonetheless, I have an email into him. Once I have heard back and I have spoken with him someone will get back to you.

Thanks.

Rich Bridgford



> On Sep 7, 2021, at 11:46 AM, Walsh, Nicole <Nicole.Walsh@coco.ocgov.com> wrote:
>
> Bill:
>
> Thanks you for this information. Because a withdrawal in the Central District under these circumstances requires Court permission (https://www.cacd.uscourts.gov/attorneys), we would still like to receive feedback from someone on the team about our request for continued deposition and scheduling order dates. I am cc'ing Ray and the Bridgford attorneys as we hope to receive an answer today and need to file a request asap if agreement cannot be reached.
>
> Thanks,
>
> Nicole Walsh

1

Senior Assistant County Counsel
(714) 834-6257

---

**From:** O'Connor, William V <woconnor@cooley.com>
**Sent:** Monday, September 6, 2021 7:00 PM
**To:** Melissa C. Allison <mallison@AndersonKreiger.com>; Walsh, Nicole <Nicole.Walsh@coco.ocgov.com>
**Cc:** Erkmann, Parker <perkmann@cooley.com>; Barr, Andrew D <abarr@cooley.com>; Christina S. Marshall <cmarshall@andersonkreiger.com>; Nina Pickering-Cook <pickering@andersonkreiger.com>; Khouzam, Carolyn <Carolyn.Khouzam@coco.ocgov.com>
**Subject:** JSX v. County of Orange

**Attention:** This email originated from outside the County of Orange. Use caution when opening attachments or links.

Dear Melissa and Nicole,

I am writing to notify you that tomorrow, Cooley will be taking action to withdraw as counsel for Plaintiffs in this case. Thank you.

Best,

Bill

**William V. O'Connor**
Cooley LLP
4401 Eastgate Mall
San Diego, CA   92121-1909
Direct: (858) 550-6002 • Cell: (858) 717-5230
Email: woconnor@cooley.com • www.cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.