UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02344-JLS-KES                                             Date: September 20, 2021
Title:  Delux Public Charter, LLC et al v. County of Orange, California et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) DENYING COOLEY LLP'S EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD (Doc. 75), (2) GRANTING IN PART DEFENDANTS' APPLICATION TO MODIFY THE SCHEDULING ORDER (Doc. 74), and (3) DENYING JOINT STIPULATION FOR ORDER MODIFYING THE CASE SCHEDULE (Doc. 79)**

Before the Court is (1) Cooley LLP's Ex Parte Application to Withdraw as Counsel of Record ("Ex Parte Application to Withdraw") for Plaintiffs, (2) Defendants' Application to Modify the Scheduling Order, and (3) a Joint Stipulation for Order Modifying the Case Schedule.  (Docs. 74, 75, 79.)  Plaintiffs opposed Cooley's Ex Parte Application to Withdraw, and Cooley responded.  (Opp., Doc. 77; Reply, Doc. 78).  The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78(b); L.R. 7-15.  For the following reasons, the Court DENIES Cooley's Ex Parte Application to Withdraw, GRANTS IN PART Defendants' Application to Modify the Scheduling Order, and DENIES the Joint Stipulation for Order Modifying the Case Schedule.

The Court DENIES Cooley's Ex Parte Application to Withdraw.  (Doc. 75.)  After a review of the relevant materials including all supporting papers, the Court concludes that Cooley has failed to show the need for "extraordinary relief" such that this matter

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02344-JLS-KES                                                        Date: September 20, 2021
Title:  Delux Public Charter, LLC et al v. County of Orange, California et al

should be heard on an ex parte basis.  *See* Judges' Procedures § 3, *available* at http://www.cacd.uscourts.gov/honorable-josephine-l-staton.  The Court will treat Cooley LLP's Ex Parte Application to Withdraw as a regularly noticed motion and set the hearing for **November 12, 2021 at 10:30 am**.  Cooley is ordered to submit an in-camera declaration pursuant to L.R. 79-6 as to the "multiple professional considerations that necessitate its withdrawal" (Doc. 75 at 8) to the extent such disclosures do not violate applicable ethical obligations.  This action is STAYED during the pendency of Cooley's Ex Parte Application to Withdraw.  If the parties wish to submit any further briefing on the Motion to Withdraw, they must do so in compliance with the local rules and this Court's standing orders.

  The Court GRANTS in part Defendants' Application to Modify the Scheduling Order.  (Doc. 74.)  Defendants seek to modify the scheduling order "to allow newly retained counsel to become familiar with the factual and procedural record, prepare for taking and defending the noticed depositions, complete discovery, and prepare for argument on Defendants' pending Motion to dismiss." (*Id.* at 2.)  The Court GRANTS Defendants' request insofar as the Court has stayed this action pending Cooley's Ex Parte Application to Withdraw.

  The Court DENIES without prejudice the Joint Stipulation for Order Modifying the Case Schedule.  (Doc. 79.)  The Court has stayed this action pending Cooley's Ex Parte Application to Withdraw.  After the stay is lifted, the Court will be in a better position to address any requests to further modify the case schedule.

  IT IS SO ORDERED.

                                                                                               Initials of Deputy Clerk: mku