| | |
|---|---|
| 1 | Gerald A. Klein – CA State Bar No. 107727 |
| | klein@kleinandwilson.com |
| 2 | Gordon V. Dunn III – CA State Bar No. 311801 |
| | gdunn@kleinandwilson.com |
| 3 | KLEIN & WILSON |
| | A Partnership of Professional Corporations |
| 4 | 4770 Von Karman Avenue |
| | Newport Beach, California 92660 |
| 5 | (949) 631-3300; Facsimile (949) 631-3703 |

Attorneys for Plaintiff and Defendant AVIATION CONSULTANTS, INC., d/b/a ACI JET

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC., | CASE NO. 8:20-cv-02344-JVS (KESx) (Consolidated with case no. 8:21-cv-00200-JVS [KESx]) |
| Plaintiffs, | |
| v. | **STIPULATION REGARDING ENTRY OF [PROPOSED] JUDGMENT** |
| COUNTY OF ORANGE, CALIFORNIA, a charter county; RICHARD FRANCIS in his official capacity as Interim Airport Director of John Wayne Airport; AVIATION CONSULTANTS, INC., d/b/a ACI JET, | |
| Defendants. | |
| AND CONSOLIDATED ACTION. | |

/ / /
/ / /
/ / /
/ / /
/ / /

851040

Plaintiffs and defendants Delux Public Charter LLC d/b/a JSX Air and JetSuiteX, Inc. ("JSX") and defendant and plaintiff Aviation Consultants, Inc. d/b/a/ ACI Jet ("ACI") (collectively, the "Parties") enter into the following stipulation.

**1. RECITALS**

A. On December 14, 2020, JSX filed suit in the United States District Court for the Central District of California, in the case entitled Delux Public Charter, LLC, et al. v. County of Orange, California, et al., case no. 8:20-cv-02344 ("Main Action"). JSX added ACI as a defendant to the Main Action on March 9, 2022.

B. On January 19, 2021, ACI filed an unlawful detainer suit in the Superior Court of the State of California, County of Orange, in the case entitled Aviation Consultants, Inc. d/b/a ACI Jet v. Delux Public Charter, LLC, Case No. 30-2021-01179687-CU-UD-CJC ("UD Action"). JSX removed the UD Action to the United States District Court for the Central District of California on January 28, 2021, case no. 8:21-cv-00200.

C. On March 15, 2022, the Court consolidated Main Action and UD Action (collectively, the "Actions").

D. On July 13, 2023, the Parties entered a Confidential Settlement and Release Agreement ("Agreement") to settle the Actions.

E. Pursuant to the Agreement, JSX agrees to vacate ACI's Fixed Base Operator space ("FBO"), located at 19301 Campus Drive, Santa Ana, California 92707, suites 152, 156, and 265, together with ramp space (collectively, "the Premises") by December 31, 2023.

F. The Agreement states the Parties shall enter this stipulation for entry of judgment, which will allow for the relief ACI requests in the Proposed Judgment attached as Exhibit 1, if JSX fails to vacate the Premises by December 31, 2023.

G. Subject to the execution of the Agreement by the Parties, if JSX fails to vacate the Premises by December 31, 2023, the Parties agree good cause will exist for ACI to move, on an ex parte basis pursuant to Central District Local Rules, rule 7-19,

1  for an order to enter the Proposed Judgment attached as Exhibit 1. ACI will provide JSX
2  with two business days advanced notice before so moving.

### STIPULATION

Subject to the execution of the Agreement by the Parties, if JSX fails to vacate the Premises by December 31, 2023, and the Court grants ACI's ex parte application filed after the notice stated above, the Court may immediately enter the Proposed Judgment attached as Exhibit 1.

KLEIN & WILSON

Dated: July 13, 2023

By: /s/ Gerald A. Klein
Gerald A. Klein
Attorneys for Plaintiff and Defendant
Aviation Consultants, Inc., dba ACI Jet

TROUTMAN PEPPER HAMILTON SANDERS LLP

Dated: July 13, 2023

By: /s/ Samrah Mahmoud
Samrah Mahmoud
Attorneys for Plaintiffs and defendants
Delux Public Charter LLC d/b/a JSX Air and JetSuiteX, Inc. ("JSX")

# SIGNATURE CERTIFICATION

Pursuant to C.D. Cal. Local R. 5-4.3.4(a)(2)(i), I, Gerald A. Klein, hereby certify that the content of this document is acceptable to Samrah Mahmoud, counsel for Plaintiffs, and that Samrah Mahmoud has provided her authorization to affix her electronic signature to this document.

KLEIN & WILSON

Dated: July 13, 2023

By: */s/ Gerald A. Klein*
Gerald A. Klein
Attorneys for Plaintiff and Defendant
Aviation Consultants, Inc., dba ACI Jet