UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; RICHARD FRANCIS in his official capacity as Interim Airport Director of John Wayne Airport; AVIATION CONSULTANTS, INC., d/b/a ACI JET, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION. | **CASE NO. 8:20-cv-02344-JVS (KESx) (Consolidated with case no. 8:21-cv-00200-JVS [KESx])** <br><br> **JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

851039

On July 13, 2023, plaintiffs and defendants Delux Public Charter LLC d/b/a JSX Air and JetSuiteX, Inc. ("JSX") and defendant and plaintiff Aviation Consultants, Inc. d/b/a/ ACI Jet ("ACI") (collectively, the "Parties") entered into a stipulation for entry of judgment by which the Parties agreed that, if JSX failed to vacate ACI's premises by December 31, 2023, this judgment would be entered.

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. The court finds JSX has not vacated ACI's premises by December 31, 2023;

2. Judgment is therefore entered in favor of ACI against JSX;

3. ACI is entitled to immediate possession of the property located at 19301 Campus Drive, Suites 152, 156 and 265, Santa Ana, California 92707, together with ramp space (the "Premises") at the Orange County John Wayne Airport; and

4. JSX shall vacate and surrender possession of the Premises to ACI immediately. If JSX fails or refuses to vacate the Premises pursuant to this Judgment, that a Writ of Assistance or Possession be issued to authorize the U.S. Marshal and his deputies to enter and take all actions reasonably necessary to effect eviction.

Dated: July 18, 2023

Judge James V. Selna
United States District Judge