| | |
|---|---|
| 1 | Gerald A. Klein – CA State Bar No. 107727 |
| 2 | klein@kleinandwilson.com<br>Gordon V. Dunn III – CA State Bar No. 311801 |
| 3 | gdunn@kleinandwilson.com<br>KLEIN & WILSON LLP |
| 4 | 4770 Von Karman Avenue<br>Newport Beach, California 92660 |
| 5 | (949) 631-3300; Facsimile (949) 631-3703 |
| 6 | Attorneys for Plaintiff and Defendant AVIATION |
| 7 | CONSULTANTS, INC., d/b/a ACI JET |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| 11 | DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC., | Case No.  8:20-cv-02344-JVS (KESx) (Consolidated with Case No. 8:21-cv-00200-JVS (KESx)) |
| 12 | Plaintiffs, | |
| 13 | v. | **STIPULATION AND REQUEST FOR ORDER CONTINUING STAY OF LEAD AND CONSOLIDATED CASES PENDING PERFORMANCE OF AMENDED AGREEMENT** |
| 14 | COUNTY OF ORANGE, CALIFORNIA, a charter county; CHARLENE REYNOLDS in her official capacity as Airport Director of John Wayne Airport; AVIATION CONSULTANTS, INC., d/b/a ACI JET, | |
| 15 | | |
| 16 | | **[Proposed Order Submitted Concurrently]** |
| 17 | | Judge:      Hon. James V. Selna<br>Magistrate Judge:  Hon. Karen E. Scott |
| 18 | Defendants. | |
| 19 | | |
| 20 | | Discovery Cutoff:  November 14, 2023<br>Pretrial Conference:  January 29, 2024<br>Trial Date:  None |
| 21 | | |

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The Parties to this case, Plaintiffs and Defendant Delux Public Charter, LLC d/b/a JSX Air and JetSuiteX, Inc. ("JSX"), and Plaintiff and Defendant Aviation Consultants, Inc., d/b/a ACI Jet ("ACI") (collectively "the Parties"), hereby stipulate as follows.

1. On July 13, 2023, after ongoing discussions, and solely to avoid the uncertainty and cost of litigation and without making any admissions, the Parties executed an agreement ("Agreement") to resolve both Case No. 8:20-cv-02344-JVS (KESx) ("Lead Case") and Case No. 8:21-cv-00200-JVS (KESx) ("UD Action"), which are currently consolidated.

2. As part of the Agreement, JSX agreed to vacate ACI's Fixed Base Operator space ("FBO"), located at 19301 Campus Drive, Santa Ana, California 92707, suites 152, 156, and 265, together with ramp space (collectively, "the Premises") by December 31, 2023.

3. Also, as part of the Agreement, the Parties agreed to a Stipulation Regarding Entry of [Proposed] Judgment in the event JSX did not vacate the Premises by December 31, 2023, which was to be filed separately.

4. On July 13, 2023, the Parties submitted a stipulation and request for an order staying the Lead Case and UD Action while the Parties performed the Agreement.

5. On July 19, 2023, the Court accepted the Parties' stipulation and stayed the Lead Case and UD Action through January 8, 2024.

6. The Parties subsequently agreed to extend JSX's stay at the Premises to March 31, 2024, and entered an amendment to the Agreement to extend JSX's stay.

7. On January 5, 2024, the Court accepted the Parties' stipulation and continued the stay of the Lead Case and UD Action through April 5, 2024.

8. The Parties subsequently agreed to a final six-month extension of JSX's stay at the Premises to September 30, 2024, and entered an amendment to

the Agreement to extend JSX's stay. ACI has indicated it does not intend to grant any further extensions.

9. The Parties still have every intent to perform their respective obligations under the amended Agreement and hope to file dismissals with prejudice of their respective Actions by, at the most, October 7, 2024.

10. Because the amended Agreement will not be fully performed until September 30, 2024, but the Parties have otherwise resolved their disputes pending full performance of the amended Agreement, the Parties request that the Court continue to stay both the Lead Case and the UD Action until October 7, 2024.

Dated: March 27, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Samrah R. Mahmoud*
Samrah R. Mahmoud

Attorneys for Plaintiffs and Defendant Delux Public Charter, LLC d/b/a JSX Air and JetSuiteX, Inc.

KLEIN & WILSON LLP

Dated: March 27, 2024

By: */s/ Gerald A. Klein*
Gerald A. Klein

Attorneys for Plaintiff and Defendant Aviation Consultants, Inc., dba ACI Jet

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized this filing.

KLEIN & WILSON LLP

Dated: March 27, 2024

By: */s/ Gerald A. Klein*
Gerald A. Klein

Attorneys for Plaintiff and Defendant Aviation Consultants, Inc., dba ACI Jet