UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, CALIFORNIA, a charter county; RICHARD FRANCIS in his official capacity as Interim Airport Director of John Wayne Airport; AVIATION CONSULTANTS, INC., d/b/a ACI JET,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | **CASE NO. 8:20-cv-02344-JVS (KESx) (Consolidated with case no. 8:21-cv-00200-JVS [KESx])**<br><br>**ORDER GRANTING AMENDED STIPULATION REGARDING ENTRY OF [PROPOSED] JUDGMENT  [260]** |

/ / /

/ / /

Having considered the Amended Stipulation Regarding Entry of [Proposed] Judgment, and exhibits in support thereof, and good cause appearing, the Court orders as follows:

Subject to the execution of the amended Agreement by the Parties, if JSX fails to vacate the Premises by September 30, 2024, *and* the Court grants ACI's ex parte application filed after notice as outlined in the simultaneously filed Stipulation, the Court may immediately enter the [Proposed] Judgment attached to the Amended Stipulation as Exhibit 1. The [Proposed] Judgment attached to the Amended Stipulation as Exhibit 1 shall not be entered unless and until JSX does not vacate the Premises by September 30, 2024 and until ACI has followed the procedures provided in the Amended Stipulation.

**IT IS SO ORDERED**.

Dated:  March 28, 2024

Hon. James V. Selna