TROUTMAN PEPPER HAMILTON SANDERS LLP
Steven D. Allison, Bar No. 174491
steven.allison@troutman.com
Samrah R. Mahmoud, Bar No. 285168
samrah.mahmoud@troutman.com
Sheila Z. Chen, Bar No. 307305
sheila.chen@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiffs and Defendant
DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and
JETSUITEX, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, CALIFORNIA, a charter county; CHARLENE REYNOLDS in her official capacity as Airport Director of John Wayne Airport; AVIATION CONSULTANTS, INC., d/b/a ACI JET, <br><br> Defendants. | Case No. 8:20-cv-02344-JVS (KESx) (Consolidated with Case No. 8:21-cv-00200-JVS (KESx)) <br><br> **FOURTH AMENDED STIPULATION REGARDING ENTRY OF [PROPOSED] JUDGMENT** <br><br> **[Proposed Order Submitted Concurrently]** <br><br> Judge:  Hon. James V. Selna <br> Magistrate Judge:  Hon. Karen E. Scott |

Plaintiffs and defendant Delux Public Charter LLC d/b/a JSX Air and JetSuiteX, Inc. ("JSX") and defendant and plaintiff Aviation Consultants, Inc. d/b/a/ ACI Jet ("ACI") (collectively, the "Parties") enter into the following stipulation.

## I. RECITALS

A. On December 14, 2020, JSX filed suit in the United States District Court for the Central District of California, in the case entitled *Delux Public Charter, LLC, et al. v. County of Orange, California, et al.*, case no. 8:20-cv-02344 ("Main Action"). JSX added ACI as a defendant to the Main Action on March 9, 2022.

B. On January 19, 2021, ACI filed an unlawful detainer suit in the Superior Court of the State of California, County of Orange, in the case entitled Aviation Consultants, Inc. d/b/a ACI Jet v. Delux Public Charter, LLC, Case No. 30-2021-01179687-CU-UD-CJC ("UD Action"). JSX removed the UD Action to the United States District Court for the Central District of California on January 28, 2021, case no. 8:21-cv-00200.

C. On March 15, 2022, the Court consolidated Main Action and UD Action (collectively, the "Actions").

D. On July 13, 2023, the Parties entered a Confidential Settlement and Release Agreement ("Agreement") to settle the Actions.

E. Pursuant to the Agreement, JSX agreed to vacate ACI's Fixed Base Operator space ("FBO"), located at 19301 Campus Drive, Santa Ana, California 92707, suites 152, 156, and 265, together with ramp space (collectively, "the Premises") by December 31, 2023.

F. The Agreement stated the Parties shall enter this stipulation for entry of judgment, which would allow for the relief ACI requested in the Proposed Judgment attached as Exhibit 1, if JSX failed to vacate the Premises by December 31, 2023.

G. On January 4, 2024, the Parties agreed to amend the Agreement to provide JSX an extension of time to remain at the Premises to March 31, 2024, and on March 21, 2024, the Parties agreed to amend the Agreement to provide JSX a

further, extension to September 30, 2024, but kept the provision allowing for the relief ACI requested in the Proposed Judgment attached as Exhibit 1 if JSX did not vacate the Premises by the amended date September 30, 2024.

H. ACI's unwillingness to extend JSX's right to remain at the FBO and on the Premises was primarily based on space needs it would experience due to John Wayne Airport's ("JWA") plans to modify airport space with anticipated construction activities. In August 2024, ACI learned that JWA's construction plans were delayed, which could allow JSX to remain at the FBO and on the Premises beyond September 30, 2024 and the Parties stipulated to allowing JSX to remain at the FBO and on the Premises through January 6, 2025.

I. JSX has been actively engaged with the County to obtain alternative accommodations at JWA and JSX's agreement with the County are nearing completion but will not be complete before the January 6, 2025 termination date granted under the Third Amendment. The County has communicated that it is in favor of a further extension and ACI has agreed to this extension.

J. ACI and JSX have worked together cooperatively to allow JSX to remain at the FBO and on the Premises for as long as possible while avoiding the interruption of ACI's own anticipated construction obligations. As a result of this effort to work together for their common interests, ACI and JSX believe it is in the interest of both parties to allow JSX to remain at the FBO and on the Premises until February 28, 2025. Further, JSX shall have the option to extend its stay at the FBO and on the Premises by one additional month through March 31, 2025, by informing ACI in writing of the need for such an extension by February 14, 2025 assuming the County agrees that ACI's construction obligations are not required to begin. These extensions should not interfere with ACI's construction obligations.

K. To accommodate this extension of time for JSX to remain at the FBO and occupy the Premises, JSX agrees it may be necessary for ACI to enter its Premises without notice for a variety of reasons. ACI recognizes that when ACI

enters JSX's Premises without notice, it must use its best efforts to minimize disruption of JSX's operations.

L. JSX further agrees that following entry of this Stipulation, JSX will not have more than three of its aircraft at the FBO at any one time.

M. If JSX fails to vacate the FBO and the Premises by (1) February 28, 2025; or (2) alternatively, by March 31, 2025, if JSX has exercised its option to extend its stay at the Premises by one month by informing ACI in writing by February 14, 2025 (collectively, the "applicable Termination Date"), the Parties agree good cause will exist for ACI to move, on an ex parte basis pursuant to Central District Local Rules, rule 7-19, for an order to enter the Proposed Judgment attached as Exhibit 1. ACI will provide JSX with two business days advanced notice before so moving.

## STIPULATION

JSX agrees to vacate ACI's FBO, located at the Premises by February 28, 2025, or alternatively, by March 31, 2025 if JSX informs ACI in writing by February 14, 2025, that it will need a one-month extension beyond February 28, 2025. If JSX fails to vacate the premises by the applicable Termination Date as set forth above, and the Court grants ACI's ex parte application after the notice stated above, the Court may immediately enter the Proposed Judgment attached as Exhibit 1. The Proposed Judgment attached as Exhibit 1 **should not be entered** (1) unless and until JSX does not vacate the FBO and the Premises by the applicable Termination Date; or (2) before the above procedure described in Paragraph M is followed.

| | | |
|---|---|---|
| Dated: | December 30, 2024 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | | By: */s/ Samrah R. Mahmoud* <br>     Samrah R. Mahmoud |
| | | Attorneys for Plaintiffs and Defendant Delux Public Charter, LLC d/b/a JSX Air and JetsuiteX, Inc. |
| | | KLEIN & WILSON |
| Dated: | December 30, 2024 | By: */s/ Gerald A. Klein* <br>     Gerald A. Klein |
| | | Attorneys for Plaintiff and Defendant Aviation Consultants, Inc., dba ACI Jet |

TROUTMAN PEPPER HAMILTON SANDERS LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

5

CASE NO: 8:20-CV-02344-JVS (KESX)
FOURTH AMENDED STIPULATION RE ENTRY OF [PROPOSED] JUDGMENT

305738904

# ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized this filing.

Dated: December 30, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Samrah R. Mahmoud*
Samrah R. Mahmoud

Attorneys for Plaintiffs and Defendant Delux Public Charter, LLC d/b/a JSX Air and JetsuiteX, Inc.

# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC., <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF ORANGE, CALIFORNIA, a charter county; RICHARD FRANCIS in his official capacity as Interim Airport Director of John Wayne Airport; AVIATION CONSULTANTS, INC., d/b/a ACI JET, <br><br>Defendants. <br><br>AND CONSOLIDATED ACTION. | CASE NO. 8:20-cv-02344-JVS (KESx) (Consolidated with case no. 8:21-cv-00200-JVS [KESx]) <br><br>**[PROPOSED] JUDGMENT** |

/ / /

/ / /

Plaintiffs and defendants Delux Public Charter LLC d/b/a JSX Air and JetSuiteX, Inc. ("JSX") and defendant and plaintiff Aviation Consultants, Inc. d/b/a/ ACI Jet ("ACI") (collectively, the "Parties") entered into a Fourth Amended Stipulation Regarding Entry of Proposed Judgment ("Fourth Amended Stipulation") by which the Parties agreed that, if JSX failed to vacate ACI's premises by (1) February 28, 2025; or (2) alternatively, by March 31, 2025, if JSX has exercised its option to extend its stay at the Premises by one month by informing ACI in writing by February 14, 2025, this judgment would be entered.

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. The court finds JSX has not vacated ACI's premises as promised;

2. Judgment is therefore entered in favor of ACI against JSX;

3. ACI is entitled to immediate possession of the property located at 19301 Campus Drive, Suites 152, 156 and 265, Santa Ana, California 92707, together with ramp space (the "Premises") at the Orange County John Wayne Airport; and

4. JSX shall vacate and surrender possession of the Premises to ACI immediately. If JSX fails or refuses to vacate the Premises pursuant to this Judgment, that a Writ of Assistance or Possession be issued to authorize the U.S. Marshal and his deputies to enter and take all actions reasonably necessary to effect eviction.

Dated: _____

_____
Judge James V. Selna